# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crabtree, Daniel D. | U.S. District Court, District of Kansas | 08/13/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Daniel D. Crabtree
United States District Court, District of Kansas
444 Southeast Quincy, Room 405
Topeka, Kansas 66683

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Salary, employment by Unified Government of Wyandotte County/Kansas City, Kansas |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association (see part VIII for explanatory note) | October 15, 2016 | Chicago, Illinois | Site Evaluation Workshop, training for ABA's Site Inspection Team | Transportation, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/13/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David and Demi Kiersznowski | outing with close personal friends, as descibed in part VIII | $554.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Williams Partners (f/k/a Access Midstream Partners LP) | A | Distribution | | | Sold | 02/09/16 | J | A | |
| 2. AG Mortgage Investment Trust (REIT) | A | Dividend | J | T | | | | | |
| 3. Citigroup Inc. Com New | A | Dividend | J | T | | | | | |
| 4. Columbia Acorn Fund (y) | | | | | | | | | |
| 5. Eaton Vance Large-Cap Value Fund | A | Distribution | K | T | | | | | |
| 6. Eaton Vance Tax-Managed Growth Fund | A | Distribution | J | T | | | | | |
| 7. Energy Transfer Partners LP | C | Distribution | K | T | | | | | |
| 8. Fidelity Advisor New Insights Fund | D | Distribution | M | T | | | | | |
| 9. General Electric Co. | A | Dividend | K | T | | | | | |
| 10. Great Plains Energy, Inc. | A | Dividend | J | T | | | | | |
| 11. Growth Fund of America | B | Distribution | K | T | | | | | |
| 12. Intel Corp | A | Dividend | K | T | | | | | |
| 13. Invesco American Franchise Fund | B | Distribution | K | T | | | | | |
| 14. Invesco Charter Fund | D | Distribution | L | T | | | | | |
| 15. Invesco Gloabl Small & Mid Cap Growth Fund | A | Dividend | K | T | | | | | |
| 16. Ivy Asset Strategy Fund | | None | | | Sold | 02/09/16 | K | A | |
| 17. Learning Quest Aggressive Track: Moderate Portfolio (529) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Penn West Petroleum Ltd | | None | J | T | | | | | |
| 19. Targa Resources Partners LP Units | A | Distribution | | | Redeemed | 02/17/16 | J | A | |
| 20. Targa Resources Corp | B | Dividend | K | T | Spinoff (from line 19) | 02/17/16 | J | | |
| 21. Country Club Bank (cash accounts) | A | Interest | O | T | | | | | |
| 22. United Missouri Bank, n.a. (Health Savings Account) | A | Interest | J | T | | | | | |
| 23. US Bank (cash account) | | None | J | T | | | | | |
| 24. Federated Capital Reserves | A | Interest | M | T | | | | | |
| 25. AT&T Inc. Com | B | Dividend | K | T | | | | | |
| 26. Alibaba Group SHS ADR | | None | K | T | | | | | |
| 27. Allianz SE Spon ADR Repstg | | None | K | T | | | | | |
| 28. Apple Inc Com | A | Dividend | K | T | | | | | |
| 29. Astrazeneca PLC Sponsored ADR | A | Dividend | J | T | | | | | |
| 30. KKR & Co LP Del Com Units | A | Distribution | K | T | | | | | |
| 31. Kinder Morgan Inc Del Com | A | Dividend | J | T | | | | | |
| 32. Prospect Cap Corp Com | B | Dividend | K | T | | | | | |
| 33. Walgreen Boots Alliance Inc. Com | A | Dividend | K | T | | | | | |
| 34. Yahoo Inc Com | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer Senior Floating Rate Fund | D | Dividend | M | T | | | | | |
| 36. Oppenheirmer Steelpath MLP Alpha | D | Dividend | L | T | | | | | |
| 37. Talmer Bank & Turst (FDIC insured deposit) | A | Interest | L | T | | | | | |
| 38. Country Club Financial Services (FDIC insured deposit) | A | Interest | N | T | | | | | |
| 39. Transamerica Life Insurance Company (Flexible Premium Universal Life) | A | Interest | J | T | | | | | |
| 40. Fidelity Advisor Large Cap Stock Fund | B | Distribution | L | T | | | | | |
| 41. Fidelity Advisor (Focus) Health Care Fund | | None | L | T | | | | | |
| 42. Fidelity Advisor Consumer Staples Fund | A | Distribution | K | T | | | | | |
| 43. Fidelity Advisor Energy Fund | A | Dividend | K | T | | | | | |
| 44. Fidelity Advisor International Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 45. Fidelity Advisor International Growth Fund | A | Dividend | K | T | | | | | |
| 46. Fidelity Advisor Mid Cap Value Fund | A | Dividend | L | T | | | | | |
| 47. Vanguard Natural Resoucrs Fund | A | Distribution | J | T | | | | | |
| 48. Amercan Funds New Perspective Fund | A | Distribution | K | T | Buy | 03/10/16 | K | | |
| 49. American Funds Balanced Fund | A | Dividend | K | T | Buy | 03/10/16 | K | | |
| 50. Calamos Strategic Total Return Fund | B | Dividend | K | T | Buy | 06/03/16 | K | | |
| 51. BlackRock Equity Dividend Fund | A | Dividend | K | T | Buy | 06/03/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AllianzGI NFJ Dividend International & Premium Strategy Fund | B | Dividend | K | T | Buy | 06/03/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV, line 1:  The ABA's Section of Legal Education and Admissions to the Bar periodically conducts Site Inspections of each law school accredited by the ABA. I agreed to participate in such a Site Inspection of the Salmon P. Chase College of Law of Northern Kentucky University. Consequently, I attended a one-day training workshop on Saturday, October 15, 2016. Also, I was scheduled to travel to this law school and the ABA had agreed to reimburse those anticipated travel expenses. A death ▨▨▨▨▨ prevented me from traveling to the law school, however, so I have no other reibursements to report for this Site Inspection..

Part V, line 1:  The gift shown on this line was provided by close personal friends and the appearance by either of them (or any of their companies or associated foundations) would require that I take no official action with respect to the matter. Both individuals and their associated entities are listed on my recusal list and have been so listed since the time I was appointed. The amount shown in part V consists of an outing together as friends (i.e., to a charity fundraiser). This outing included ▨▨▨▨▨, who also are close personal friends of the Kiersznowski ▨▨▨▨▨.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Daniel D. Crabtree**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544